# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDRA MAIN AND KERRY DURR, JR.

VERSUS

MAISON CACHET OF GONZALES, L.L.C., DURAMED, INC., ET AL

NO.   2024 CW 0310

**JULY 26, 2024**

---

In Re:   Maison Cachet of Gonzales, LLC d/b/a Francois Bend Senior Living, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 138228.

---

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

EW
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT